# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BENJAMIN COXON § <br> § <br> v. § <br> § <br> THE UNITED STATES ATTORNEYS, § <br> THE UNITED STATES MARSHALS, § <br> THE UNITED STATES DEPUTY § <br> MARSHALS, THE UNITED STATES § <br> MAGISTRATE JUDGES, EVERY § <br> OTHER OFFICER, THE ATTORNEY § <br> GENERAL OF THE UNITED STATES, § <br> and UNITED STATES DISTRICT § <br> COURT NORTHERN DISTRICT OF § <br> TEXAS § | CIVIL ACTION NO. 3:23-CV-1846-S-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 8, 2023.

_____
**UNITED STATES DISTRICT JUDGE**